UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDY RAMIREZ, | ) | NO. CV 17-4222-BRO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SCOTT FRAUENHEIM, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 13, 2017.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE